**United States District Court**
For the Northern District of California

1
2
3

**NOT FOR CITATION**

4
5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7
8

DAVID WESLEY HAWKINS,

9

Petitioner,                                   No. C 03-3668 PJH

10

v.

11

**ORDER RE: PETITIONER'S SECOND
REQUEST FOR AN EVIDENTIARY
HEARING AND REQUEST FOR
DISCOVERY**[1]

12
13

JOHN CAVALLI, Chief, Santa Clara

14

County Probation Department

15

Respondent.

_____/

16

On March 11, 2005, this court granted Hawkins' request to expand the record with

17

respect to Claims Five and Six.  The court, however, denied without prejudice Hawkins'

18

request for an evidentiary hearing regarding those claims until the parties were able to re-brief

19

those claims based on the newly expanded record.  The parties have now re-briefed the

20

claims.  Additionally, Hawkins has renewed his request for an evidentiary hearing with respect

21

to claim five **only**, and now also requests leave to conduct additional discovery regarding

22

claim five pursuant to Habeas Rule 6(a).  For the reasons set forth below, Hawkins' motion for

23

discovery is GRANTED, and his motion for an evidentiary hearing is DENIED without

24

prejudice until completion of the discovery such that Hawkins may re-evaluate the necessity of

25

the request.

26

Hawkins claims that the prosecution's failure to disclose potentially exculpatory

27
28

_____

[1]  Pursuant to Civil Local Rule 7-13, this order may not be cited except as provided by
Civil Local Rule 3-4(e).

United States District Court

For the Northern District of California

1 information violated his due process rights.  Specifically, Hawkins contends that the

2 prosecution failed to disclose information regarding a close and continuing financial

3 relationship between witnesses.  Accordingly, Hawkins requests leave pursuant to Habeas

4 Rule 6(a) to depose those witnesses.

5       Habeas Rule 6(a) provides that a "party shall be entitled to invoke the processes of

6 discovery available under the Federal Rules of Civil Procedure if, and to the extent that, the

7 judge in the exercise of his discretion and for good cause shown grants leave to do so, but not

8 otherwise." Good cause for discovery under Rule 6(a) is shown "where specific allegations

9 before the court show reason to believe that the petitioner may, if the facts are fully developed,

10 be able to demonstrate that he is . . . entitled to relief . . ." *Pham v. Terhune*, 400 F.3d 740,

11 743 (9th Cir. 2005)  (*quoting Harris v. Nelson*, 394 U.S. 286, 299 (1969)).  The Ninth Circuit

12 has also described this standard as being that discovery must be allowed when it is

13 "essential" for the petitioner to "develop fully" his or her underlying claim. *Id.* (*quoting Jones v.*

14 *Wood*, 114 F.3d 1002, 1009 (9th Cir. 1997)).  Where the evidence sought via a petitioner's

15 discovery request "may well contain favorable, material information," the Ninth Circuit has held

16 that it is "essential," and that the district court is required to grant the petitioner's request

17 pursuant to Rule 6(a).  *Id.*

18       Here, Hawkins has demonstrated that the depositions of witnesses John Mayes,

19 Andrew Foss, and Johnson Wu "may . . . contain favorable, material information."  *Id.*

20 Moreover, Hawkins attempted to develop this claim in state habeas proceedings below when

21 he sought an evidentiary hearing on this issue, but the request was denied by the state

22 appellate court.  For this reason, the court GRANTS Hawkins' motion for discovery.

23       The parties shall have no more than **sixty days** from the date of this order to complete

24 the requested depositions. **Within seven days** of completion of the depositions, Hawkins

25 shall file and serve a statement regarding the completion of the discovery.  As noted, Hawkins'

26 request for an evidentiary hearing is denied without prejudice until completion of the discovery.

27 If Hawkins wishes to renew his request for an evidentiary hearing as to claim five, he shall file

28

2

1   a renewed motion for an evidentiary hearing with his statement regarding completion of the

2   discovery.  The parties will be required to re-brief issue five following completion of the

3   discovery and evidentiary hearing, if necessary.

4          **IT IS SO ORDERED.**

5

6   Dated:   August 30, 2005

7                                                    _____
                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

3