IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DAVID WESLEY HAWKINS,

    Petitioner,

vs.

JOHN CAVALLI, Chief, Santa Clara County Probation Department,

    Respondent.

No. C 03-03668 PJH

ORDER

    Good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the time to complete depositions be extended to December 21, 2005.

October 26, 2005

_____
Phyllis J. Hamilton
United States District Judge

WITHIN <u>SEVEN DAYS</u> OF COMPLETION OF THE DEPOSITION, HAWKINS SHALL FILE AND SERVE A STATUS STATEMENT ADVISING THE COURT THAT THE DEPOSITIONS HAVE BEEN COMPLETED.