IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID WESLEY HAWKINS, | |
|     Petitioner, | No. C 03-03668 PJH |
| vs. | |
| | ORDER |
| JOHN CAVALLI, Chief, Santa Clara County Probation Department, | |
|     Respondent. | |

    Good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the time to complete depositions be extended to February 28, 2006. The parties will notify the court within seven days of completion of the depositions.

12/30/05

                                    Phyllis J. Hamilton
                                    United States District Judge