**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID WESLEY HAWKINS,

    Petitioner,

v.

JOHN CAVALLI, Chief, Santa Clara County Probation Department

    Respondent.
_____/

No. C 03-03668 PJH

**ORDER RE: FURTHER BRIEFING AS TO CLAIM FIVE**

On August 30, 2005, this court granted petitioner's request for discovery pursuant to Habeas Rule 6(a). Pursuant to that order, on March 2, 2006, petitioner notified the court that the depositions have been completed.

Accordingly, the parties are hereby ordered to re-brief claim five based on the expanded discovery. Petitioner's opening brief is due **within thirty days** of this court's order. The State's opposition is due **fourteen days** after petitioner's opening brief. Petitioner may file a reply, if any, no later than **seven days** after the State's opposition.

**IT IS SO ORDERED.**

Dated: March 3, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge