**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID WESLEY HAWKINS,

    Petitioner,

v.

JOHN CAVALLI, Chief, Santa Clara County Probation Department

    Respondent.
_____/

No. C 03-03668 PJH

**ORDER RE: PETITIONER'S REQUEST FOR EXTENSION OF TIME**

The court is in receipt of petitioner's March 3, 2006 request for an extension of time to file a renewed request for an evidentiary hearing. Petitioner's request is GRANTED. Petitioner may incorporate any new request and response to the Declaration of Frank Berry filed by respondent in his court-ordered briefing due no later than **April 3, 2006.**[1] The parties are ordered to comply with the briefing schedule set in the court's March 3, 2006 order. Given the numerous delays in this case already, and the numerous extensions of time previously granted, NO FURTHER EXTENSIONS OF THE DEADLINES IN THE MARCH 3, 2006 ORDER WILL BE PERMITTED.

**IT IS SO ORDERED.**

Dated: March 7, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge

---

[1] On March 3, 2006, the Court reinstated the briefing schedule on Claim Five.