UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID WESLEY HAWKINS,

    Petitioner,

    v.

JOHN CAVALLI, Chief, Santa Clara County Probation Department

    Respondent.
_____/

No. C 03-3668 PJH

**JUDGMENT**

    Pursuant to the Order Denying Petition for Writ of Habeas Corpus signed today, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 22, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge